# Court of Appeals
# of the State of Georgia

ATLANTA,  April 26, 2022

*The Court of Appeals hereby passes the following order:*

**A22D0319. JUSTIN ANDRE LAMOUREUX v. ELLEN MARIE BROWN et al.**

Acting pro se, Justin Andre Lamoureux filed this discretionary application in the Supreme Court of Georgia, seeking review of the superior court's orders granting the respondents' motions to dismiss his petition, in which he sought custody of his minor child.[1] Case No. S22D0688. The Supreme Court found no basis for exercising its jurisdiction in the case, and transferred the application to this Court.

Under OCGA § 5-6-34 (a) (11), direct appeals are permitted from "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody[.]" Thus, the superior court's orders here are directly appealable. Id.; see *Woodruff v. Choate*, 334 Ga. App. 574, 578-579 (1), (2) (a) (780 SE2d 25) (2015) (order dismissing petition to modify child custody is subject to direct appeal). This Court will grant a timely application for discretionary review if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED.

Lamoureux shall have ten days from the date of this order to file a notice of appeal in the superior court. See OCGA § 5-6-35 (g). If he has already filed a notice of appeal in the superior court, then he need not file a second notice. The clerk of the superior court is DIRECTED to include a copy of this order in the record transmitted

---

[1] Respondents Ellen Brown, Eric Schreffler and Ann Schreffler filed a motion to dismiss Lamoureux's petition. Respondent Brett Waronicki also filed a motion to dismiss the petition. The court granted both motions on the same date, in separate orders.

to the Court of Appeals.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 04/26/2022

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*